UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TROY ELIAS WALKER,<br>Defendant. | Case No. 21-mj-71274-MAG-1   (VKD)<br><br>**DETENTION ORDER** |

The United States moves for detention of defendant Troy Elias Walker. The Court held a hearing on the motion on August 19, 2021. Mr. Walker appeared by video conference and was represented by counsel. Mr. Walker waived written findings, and the United States does not object to that waiver.

The Court has considered the parties' presentations and proffers of evidence, as well as the factual findings contained in the report of Pretrial Services. The Court has considered the factors set forth in 18 U.S.C. § 3142(g). Although the Court believes that conditions of release could be set to reasonably assure that Mr. Walker does not flee, for the reasons stated on the record during the hearing, the Court concludes that there are no conditions or combination of conditions of release that would reasonably assure the safety of others and the community. Accordingly, the Court concludes that Mr. Walker should be detained pending further proceedings in this case.

Mr. Walker is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Mr. Walker shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the United States, the person in

charge of the corrections facility shall deliver Mr. Walker to the United States Marshal for the purpose of appearances in connection with court proceedings.

**IT IS SO ORDERED.**

Dated: August 19, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge