MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

Attorneys for David Michael Rembert

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY ELIAS WALKER,<br><br>DAVID MICHAEL REMBERT, AND<br><br>DALJIT KAMAL SINGH<br><br>Defendants. | Case No.: 4:21-mj-71274-MAG<br><br>**STIPULATION AND ORDER (AS MODIFIED) RESETTING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1**<br><br>**Hearing Date:** December 15, 2021<br>**Hearing Time:** 1:00 p.m. |

The parties jointly request the Court reset the status conference regarding preliminary hearing or arraignment from December 15, 2021 to December 23, 2021 at 1:00 p.m. The defendants are charged in a criminal complaint with conspiracy to deal firearms without a license, in violation of 18 U.S.C. § 371. Mr. Walker is in custody and Mr. Rembert and Mr. Singh are out of custody. The government has produced a voluminous amount of discovery, including a significant amount of audio and video materials, and the defendants need additional time to review that discovery, and discuss potential resolutions to the case. As a result, the parties also request the Court exclude time under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. § 3161, between December 15, 2021 and December 23, 2021 to allow for effective preparation of counsel taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated: December 14, 2021

GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California

/S
JOHN PAUL REICHMUTH
Attorneys for Troy Walker

Dated: December 14, 2021

MOEEL LAH FAKHOURY LLP

/S
HANNI M. FAKHOURY
Attorneys for David Rembert

Dated: December 14, 2021

RAMSEY & EHRLICH LLP

/S
AMY E. CRAIG
Attorneys for Daljit Singh

Dated: December 14, 2021

STEPHANIE M. HINDS
Acting United States Attorney
Northern District of California

/S
JONATHAN U. LEE
ABRAHAM H. FINE
Assistant United States Attorneys

STIPULATION AND ORDER RESETTING STATUS HEARING
*United States v. Walker, et al.*, 4:21-mj-71274-MAG

**ORDER (AS MODIFIED)**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. The defendants and defense counsel need additional time to discuss the case and the evidence and the parties need additional time to discuss a potential resolution of the case.

2. These tasks are necessary for the defense preparation of the case, and the failure to grant the requested continuance would unreasonably deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, it is hereby ordered that the status hearing date of December 15, 2021, scheduled at 1:00 p.m. is vacated and reset for December 23, 2021 at **10:30 a.m. before Magistrate Judge Thomas S. Hixson**. It is further ordered that time is excluded pursuant to Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from December 15, 2021 through December 23, 2021.

**IT IS SO ORDERED AS MODIFIED.**

DATED: December 14, 2021



_____
HONORABLE DONNA M. RYU
United States Magistrate Judge